COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTIONS**

Cause number:        01-15-00517-CR & 01-15-00518-CR

Style:        John Henry Skillern v. The State of Texas

Date motions filed*:        January 4, 2016

Type of motion:        First Motion for Extension of Time to File *Pro Se Anders* Response

Party filing motions:        *Pro se* appellant

Document to be filed:        *Anders* Response

Is appeal accelerated?        No.

If motion to extend time:

       Original due date:        January 6, 2016

       Number of extensions granted:      1        Current Due Date: February 12, 2016

       Date Requested:        February 6, 2016

Ordered that motion is:

       ☐ Granted in part

       ☐ Denied

       ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

       ☑ Other: _____

On December 29, 2015, this Court granted appellant's *pro se* form motion for access to the records and granted appellant 45 days from the date of that order, or until February 12, 2016, to file his *pro se Anders* response. Because appellant's first motion for an extension of time to file his *pro se Anders* response was dated December 29, 2015, he had not yet received the December 29, 2015 Order and he seeks less time than had already been granted. Accordingly, appellant's motion is **dismissed as moot** because he was already granted an extension until February 12, 2016, to file his *pro se Anders* response.

Judge's signature: <u>/s/ Evelyn V. Keyes</u>

       ☑ Acting individually        ☐ Acting for the Court

Date: <u>January 12, 2016</u>

November 7, 2008 Revision